# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.** | § § | |
| **v.** | § § | **CASE NO. 6:14-cv-625** |
| **E-MDS, INC.** | § | |

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.** | § § | |
| **v.** | § § | **CASE NO. 6:14-cv-626** |
| **EPIC SYSTEMS CORPORATION** | § | |

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.** | § § | |
| **v.** | § § | **CASE NO. 6:14-cv-627** |
| **GE HEALTHCARE, INC.** | § | |

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.** | § § | |
| **v.** | § § | **CASE NO. 6:14-cv-628** |
| **GREENWAY MEDICAL TECHNOLOGIES, INC.** | § § | |

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.** | § § | |
| **v.** | § § | **CASE NO. 6:14-cv-629** |
| **MERIDIANEMR, INC., et al.** | § | |

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.** | § § | |
| **v.** | § § | **CASE NO. 6:14-cv-630** |
| **MEDHOST, INC.** | § | |

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.** | § § | |
| v. | § § | **CASE NO. 6:14-cv-631** |
| **ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.** | § § § | |

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.** | § § | |
| v. | § § | **CASE NO. 6:14-cv-632** |
| **CERNER CORPORATION** | § § | |

| | | |
|---|---|---|
| **UNILOC USA, INC., et al.** | § § | |
| v. | § § | **CASE NO. 6:14-cv-633** |
| **COMPUTER PROGRAMS AND SYSTEMS, INC.** | § § § | |

# ORDER CONSOLIDATING AND REQUIRING PLAINTIFF TO NOTIFY THE COURT WHEN CASE IS READY FOR SCHEDULING

Plaintiff recently filed a series of related cases (listed above). In view of the related nature of the cases, they are hereby consolidated for all pretrial purposes, including discovery and claim construction. Cause number **6:14-cv-625,** *Uniloc USA, Inc. v. E-MDs, Inc.*, is designated as the lead case. The Court defers any decisions regarding consolidation for trial.

In view of this consolidation, the Clerk of the Court shall add the consolidated defendants to the lead case, as well as lead counsel only. Any other counsel who wishes to appear in the lead case shall file a notice of appearance in that case.

All documents (including motions challenging venue[1] or jurisdiction) must be filed (or

---

[1] This pretrial consolidation—done for case management purposes—does not impact individual parties' rights to challenge venue as their rights existed prior to this consolidation. *See In re EMC Corp.*, 677 F.3d 1351, 1360 (Fed. Cir. 2012).

2

refiled, as appropriate) in the lead case (6:14-cv-625) to be considered by the Court.

Accordingly, the Court **ORDERS** Plaintiff to file a notice of readiness for scheduling conference in **the lead case** when all Defendants have either answered or filed a motion to transfer or dismiss.[2] The notice must be filed within five days of the last remaining Defendant's answer or motion. The notice must include a list of any pending motions to dismiss or transfer and a list of any other related cases filed in the Eastern District of Texas involving the same patent(s).

Within five days of this order, the Plaintiff also must file a notice indicating whether Plaintiff anticipates filing any additional related cases in this district.

If the cases are not ready for scheduling conference within ninety (90) days of this order, Plaintiff must file a detailed status report explaining the reason for the delay.

**It is SO ORDERED.**

**SIGNED this 24th day of July, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff should not delay filing the notice because of later-filed, related cases.